**FILED**

JUN 3 0 1998

AT 8:30 M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

PARAMOUNT AVIATION CORPORATION
            Plaintiff,          :

        v.                      :          Civil Action No. 91-4954

GRUPPO AGUSTA; AGUSTA AEROSPACE:
CORPORATION; COSTRUZIONE
AERONAUTICHE GIOVANNI AGUSTA,   :       O R D E R
S.p.A., and AGUSTA, S.p.A.,

            Defendants.         :

                                :



For the reasons set forth in the Court's Opinion filed
herewith,

It is on this 26th day of June, 1998,

**ORDERED** that plaintiff's motion to vacate the entry of
summary judgment in favor of the Agusta defendants in this
Court's Order of April 4, 1997 be, and it hereby is denied.

_____
                    JOHN W. BISSELL
        United States District Judge